UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

―――――――――――――――――――――X
:
EDWARD BECKER, on behalf of himself and all : 
others similarly situated, :
:
            Plaintiff, :  2:21-cv-11829-JMV-JRA
:
vs. :  **CONSENT ORDER**
:
CREDIT COLLECTION SERVICES, INC.,, :
:
            Defendant. :
:
―――――――――――――――――――――X

WHEREAS, in light of the recent United States Supreme Court decision in Transunion, LLC v. Ramirez, 141 S. Ct. 2190 (2021) which addressed what constitutes concrete injury for purposes of Article III standing for cases such as the present one, and;

WHEREAS, it appears to both the parties and the Court, that in light of and as a result of the Transunion decision, that Plaintiff lacks Article III standing to proceed with the case in this Court.

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for the respective parties, and the Court hereto, that:

1. This Court lacks Article III subject matter jurisdiction to continue on and hear this matter as a result of the recent <u>Transunion</u> decision; and

2. Plaintiff's Complaint shall be dismissed, without prejudice, for lack of Article III Standing.

| | |
|---|---|
| **LAWRENCE C. HERSH, ESQUIRE** | **GORDON REES SCULLY MANSUKHANI** |
| By: /s/ Lawrence C. Hersh<br>Lawrence C. Hersh, Esquire<br>*Attorney for Plaintiff and all others Similarly situated* | By: /s/ Andrew M. Schwartz<br>Andrew M. Schwartz, Esq.<br>*Attorneys for Defendant* |
| Dated: September 30, 2022 | Dated: September 30, 2022 |

**BY THE COURT:**

IT IS SO ORDERED:

_____
John Micheal Vazquez, U.S.D.J.

Date: 10/3/2022